In the Matter of Supplementary Proceedings: ISAAC LEON CORPORATION, Judgment Creditor, Appellant, v. MILTON BERNARD MARSHALL, Judgment Debtor, Respondent.— Order unanimously affirmed, with twenty dollars costs

and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.